UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Mann, Michael and Mark Mann | : | 02-CV-5626 |
| Hampton, Mary | : | 02-CV-5954 |
| Hammond, David | : | 02-CV-5975 |
| Hamby, Jimmy | : | 02-CV-5948 |
| Hall, Lula | : | 02-CV-5947 |
| Justice, Dwight and Brenda K. Justice | : | 02-CV-5916 |
| Johnston, Sandra and Glenn Johnston | : | 02-CV-5849 |
| Gutman, Jack and Mary Jo Gutman | : | 02-CV-5168 |
| Guzman, Arnulfo and Juana Guzman | : | 02-CV-5121 |
| Grasso, Samuel and Sue Grasso | : | 02-CV-5601 |
| Gross, Charles and Nobuko Gross | : | 02-CV-5103 |
| Gross, Jacob and Isabelle Gross | : | 02-CV-5113 |
| Graves, Barbara | : | 02-CV-5138 |
| Greenier, Raymond and Letrisha Greenier | : | 02-CV-5070 |
| Mark, Mary and Daved Mark | : | 02-CV-5644 |
| Marquez, Irma | : | 02-CV-5706 |
| Elliott, Donna | : | 02-CV-6469 |
| Elliott, Margie | : | 02-CV-6467 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Ellis, Barry | : | 02-CV-6071 |
| Gonzales, Willie | : | 02-CV-5155 |
| Eaves, John | : | 02-CV-6066 |
| Eckhouse, David and Nancy Eckhouse | : | 02-CV-6403 |
| Edwards, Ira and Richard Edwards | : | 02-CV-6391 |
| Edwards, Nigest | : | 02-CV-6074 |
| Efferson, Arthur and Mildred Efferson | : | 02-CV-6395 |
| Ehrenberg, Zola | : | 02-CV-6053 |
| Eidschun, Rita and Tommy Eidschun | : | 02-CV-6503 |
| Eitutis, Jeannine and Stan Eitutis | : | 02-CV-6396 |
| Ekwall, Richard | : | 02-CV-6078 |
| Garcia, Ann | : | 02-CV-6487 |
| Eaton, Lynda and James Eaton | : | 02-CV-6404 |
| Fowler, Willis and Phyllis Fowler | : | 02-CV-6523 |
| Frye, Richard and Ina Frye | : | 02-CV-5109 |
| Fryer, Thelma and Henry Fryer | : | 02-CV-5100 |
| Fryman, Rickey and Marvis Fryman | : | 02-CV-5101 |
| Feldman, Dean and Marcy Feldman | : | 02-CV-5095 |
| Fellner, Joerdie | : | 02-CV-6072 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Felix, Frank | : | 02-CV-6352 |
| Fernandez, Virginia and Antonio Fernandez | : | 02-CV-6498 |
| Fields, Donald | : | 02-CV-6050 |
| Fierro, Maria and Raul Fierro | : | 02-CV-5110 |
| Griffith, Leslie | : | 02-CV-6314 |
| Griffen, Rose | : | 02-CV-5137 |
| Griffin, Verda | : | 02-CV-5365 |
| Grunwald, Al and Sophie Grunwald | : | 02-CV-5114 |
| Guerzon, Joseph and Luann Guerzon | : | 02-CV-5104 |
| Guinea, Ana | : | 02-CV-5152 |
| Gutierrez, Albert and Raquel Gutierrez | : | 02-CV-5105 |
| Gutierrez, George | : | 02-CV-5175 |
| Gutierrez, Teresa | : | 02-CV-5156 |
| Ghatala, Rubina | : | 02-CV-5341 |
| Giammarinaro, Linda and Frank Giammarinaro | : | 02-CV-6500 |
| Gidey, Ibrahim | : | 02-CV-6056 |
| Gilbert, Jack and Betty Gilmette | : | 02-CV-5047 |
| Gilbert, Sue and Marvin W. Gilbert | : | 02-CV-5045 |
| Gilbertson, Frederick and Frankie Gilbertson | : | 02-CV-5035 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Blanco, Susana and Soltena | : | 02-CV-4955 |
| Gorzegno, Judith and Arthur Gorzegno | : | 02-CV-6623 |
| Blacklock, Marietta | : | 02-CV-4901 |
| Hieb, Marilyn | : | 02-CV-5231 |
| Heimburg, Karl | : | 02-CV-5976 |
| Heintz, Clara and Ralph J. Heintz | : | 02-CV-5170 |
| Helber, Mary | : | 02-CV-6007 |
| Wuest-Helmerich, Leona and Mack Helmerich | : | 02-CV-5960 |
| Henderson, Betty | : | 02-CV-5964 |
| McDuffie, Cheryl and Dunwoodie McDuffie | : | 02-CV-6444 |
| MacDonald, Kenneth | : | 02-CV-5705 |
| McDaniel, Traci and Richard D. McDaniel | : | 02-CV-6305 |
| Zeaken, Susan | : | 02-CV-5195 |
| Evans, Robin and John Evans | : | 02-CV-5001 |
| Eastridge, Martha | : | 02-CV-6047 |
| Heads, Betty | : | 02-CV-5958 |
| Heffel, Le Ella and Ernest Heffel | : | 02-CV-6299 |
| Gonzales, Lillian and John E. Gonzales | : | 02-CV-5033 |
| Maggard, Ray and Claudia Maggard | : | 02-CV-5651 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Love, Sharon | : | 02-CV-5271 |
| Lowrey, Bette | : | 02-CV-5697 |
| Lujan, Juana and Ramon P. Lujan | : | 02-CV-6423 |
| Lutap, Frank and Nelly V. Lutap | : | 02-CV-5790 |
| Head, June and Roy Head | : | 02-CV-6425 |
| Heflin, James and Marguerite Heflin | : | 02-CV-5374 |
| Gonzalez, Tomas and Esther Gonzalez | : | 02-CV-5303 |
| Maguire, Roberta | : | 02-CV-5716 |
| Loveland, Lauretta | : | 02-CV-5714 |
| Lowery, David | : | 02-CV-6488 |
| Lunde, Audrey and Raymond Lunde | : | 02-CV-5473 |
| Genn, Robert | : | 02-CV-6198 |
| Gerber, David and Lila Gerber | : | 02-CV-4997 |
| George, Karen | : | 02-CV-6211 |
| George, Ron Sr. and Joanne George | : | 02-CV-4994 |
| Hernandez, Cindy | : | 02-CV-6024 |
| Humphrey, Dorothy | : | 02-CV-5989 |
| Hunt, Evelyn | : | 02-CV-5956 |
| Hunter, William Sr. | : | 02-CV-5963 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Huntington, William and Sletha Huntington | : | 02-CV-5844 |
| Hutchison, Marjorie | : | 02-CV-5942 |
| Hutson, Turhan Sr. | : | 02-CV-5952 |
| Hyle, Ronald | : | 02-CV-5962 |
| Hawkins, Sue | : | 02-CV-5968 |
| Haynes, Ruth | : | 02-CV-5513 |
| Hayward, Beverly | : | 02-CV-5966 |
| Henley, Dorothy | : | 02-CV-6472 |
| Fisher, Florence | : | 02-CV-6059 |
| Frey, Jerry and Anne Frey | : | 02-CV-6513 |
| Fuertes, Guillermo Jr. and Corazon M. Fuertes | : | 02-CV-5102 |
| Fisher, Carolyn | : | 02-CV-6055 |
| Farias, Antonio Jr. and Beatrice Farias | : | 02-CV-5003 |
| Farroni, Angalo and Doris Jansan | : | 02-CV-5008 |
| Fox, Patsy | : | 02-CV-6218 |
| Fleming, Merilyn | : | 02-CV-6060 |
| Fregoso, Mary and Joe Fregoso | : | 02-CV-4980 |
| Fuchs, James and Francis Fuch | : | 02-CV-5111 |
| Farbman, Lois | : | 02-CV-6067 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Farfan, Frank and Margarita Farfan | : | 02-CV-5025 |
| Farinella, Anthony and Celia Farinella | : | 02-CV-5005 |
| Frame, Suzanne and Howard Frame | : | 02-CV-5084 |
| Mack, Charles | : | 02-CV-5715 |
| Madigan, F. and Joann Madigan | : | 02-CV-6424 |
| Maese, Alex and Rose Marie Maese | : | 02-CV-5659 |
| Gilboard, Harold and Iris Gilboard | : | 02-CV-5043 |
| Gildemeister, Frances | : | 02-CV-6061 |
| Gigliotti, Missouri | : | 02-CV-6465 |
| Gilinsky, Sylvia and Isaac Gilinsky | : | 02-CV-5044 |
| Gill, Bradley and Nancy Gill | : | 02-CV-5041 |
| Garsha, Mark and Annette Garsha | : | 02-CV-4974 |
| Gaspard, Paul and Etheline Gaspard | : | 02-CV-4979 |
| Gerber, Lee | : | 02-CV-6201 |
| Gerzsenyi, Louis and Lee Ann Kaufman | : | 02-CV-4992 |
| Gadley, Rose | : | 02-CV-6075 |
| Gage, Russell and Alma Gage | : | 02-CV-4993 |
| Galassi, Arthur and Ramona Galassi | : | 02-CV-5112 |
| Ecker, Dale | : | 02-CV-6205 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Ellwood, Anthony and Anne Ellwood | : | 02-CV-6515 |
| Enlow, Alfred and Janice Enlow | : | 02-CV-4964 |
| Garcia, Ben and Rose Garcia | : | 02-CV-4999 |
| Garcia, Emigvio and Guillermina Garcia | : | 02-CV-4991 |
| Garcia, Luis and Maria L. Garcia | : | 02-CV-5050 |
| Gardner, Dennis and Susan Gardner | : | 02-CV-4981 |
| Gargano, Dominic and Emilia Gargano | : | 02-CV-4987 |
| Elzey, James Jr. and Marjorie Elzey | : | 02-CV-4973 |
| Englebrecht, Renee and Orval Leon Englebrecht | : | 02-CV-4971 |
| Ellis, Doris | : | 02-CV-6048 |
| Garcia, Carmen and Ruben Garcia | : | 02-CV-5090 |
| Garcia, Gloria and Ben A. Garcia | : | 02-CV-5053 |
| Garcia, Primo Jr. and Mary Garcia | : | 02-CV-5055 |
| Gardner, Helen | : | 02-CV-6176 |
| Franklin, William and Barbara Franklin | : | 02-CV-5048 |
| Franklin, Thomas and Jenelle Franklin | : | 02-CV-5054 |
| Freemyer, Shirley and Leroy C. Freemyer | : | 02-CV-5051 |
| Hill, Charlotte and Michael Hill | : | 02-CV-5571 |
| Holland, Willis | : | 02-CV-6389 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Holstrom, John and Louise Holstrom | : | 02-CV-5030 |
| Fossati, Manlio and Julia T. Fossati | : | 02-CV-5014 |
| Forrer, Henry and Barbara Forrer | : | 02-CV-5307 |
| Frazier, Mary | : | 02-CV-6192 |
| Fredrick, Bernice | : | 02-CV-6208 |
| Hill, Tracy | : | 02-CV-5946 |
| Hogya, Elma | : | 02-CV-6035 |
| Holmes, Charles | : | 02-CV-5230 |
| Holt, Johnny and Shirley M. Holt | : | 02-CV-5038 |
| Fort, Princetta | : | 02-CV-6200 |
| Espey, Esther | : | 02-CV-6051 |
| Gonsalves, Michael and Thelma Gonsalves | : | 02-CV-5115 |
| Goodwin, Theone | : | 02-CV-6461 |
| Gosling, Woodley and Veronica Gosling | : | 02-CV-5083 |
| Gottlieb, Harold and Jo Ann Gottlieb | : | 02-CV-5089 |
| Grant, Jo and William Grant | : | 02-CV-5097 |
| Grant, Robin and Stacy Grant | : | 02-CV-5086 |
| Biss, John and Jody Biss | : | 02-CV-4911 |
| Clark-Gonzales, Zelma | : | 02-CV-5573 |

| PLAINTIFF | CIVIL ACTION NO. |
|---|---|
| Gooden, Clarence and Della Gooden | 02-CV-5119 |
| Gorzegno, Arthur and Judith Gorzegno | 02-CV-5128 |
| Goswami, Shila and Chitta Goswami | 02-CV-5093 |
| Gould, William and Jane Gould | 02-CV-6519 |
| Grant, Daryl and Lila Grant | 02-CV-5088 |
| Grasso, Eugene and Evelyn I. Grasso | 02-CV-6521 |
| Galati, Linda | 02-CV-5373 |
| Galindo, Delores | 02-CV-6181 |
| Galvan, Anthony | 02-CV-6488 |
| Galvan, Gualdalupe Jr. and Marina Galvan | 02-CV-4995 |
| Gantz, George and Barbara E. Gantz | 02-CV-4982 |
| Ellisworth, Willie and Leroy Ellisworth | 02-CV-4975 |
| Garvey, Richard and Beverly Garvey | 02-CV-4976 |
| Ellis, Gregory | 02-CV-6204 |
| Ellis, Diana | 02-CV-6052 |
| Garvin, Dorothea | 02-CV-5349 |
| Gatch, Merle and Louise Gatch | 02-CV-4985 |
| Gatton, Ann | 02-CV-6199 |
| Gaw, James and Alma Gaw | 02-CV-4989 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Geilenkirchen, Diane and Eric S. Geilenkirchen | : | 02-CV-4998 |
| Genpzler, Lois | : | 02-CV-6209 |
| Fridye, Adam | : | 02-CV-6374 & 02-CV-6054 |
| Figoni, Connie | : | 02-CV-6076 |
| Friedman, Aaron and Esther S. Friedman | : | 02-CV-6502 |
| Floro, Florita and Alfeo Floro | : | 02-CV-6522 |
| Ford, Glenn | : | 02-CV-6058 |
| Figg, William and Jackie Figg | : | 02-CV-6514 |
| Figueroa, Rafael and Louisa Figueroa | : | 02-CV-4978 |
| Fink, Norma and Fred Fink | : | 02-CV-5108 |
| Finley, Grace | : | 02-CV-6077 |
| Fioretta, Vincent and Mary Fioretta | : | 02-CV-5010 |
| Foster, Franklin and Vel Foster | : | 02-CV-5094 |
| Fawcett, Joanne | : | 02-CV-6068 |
| Fedalizo, Delia and Norberto Fedaliza | : | 02-CV-5098 |
| Fedoruk, Harvey and Linda Fedoruk | : | 02-CV-5081 |
| Feist, Brad and Loretta Feist | : | 02-CV-5099 |
| Owen, George and Bonnie Owen | : | 02-CV-5490 |
| Owenby, Ronnie and Marie Owenby | : | 02-CV-6539 |

| PLAINTIFF | CIVIL ACTION NO. |
|---|---|
| Greenstein, Ruth and Jean Greenstein | 02-CV-5071 |
| Grepo, Flordeliza and Pat Grepo | 02-CV-6532 |
| Griego, Joe and Darlene Joyce Griego | 02-CV-5059 |
| Griego, Lupe and Gloria Griego | 02-CV-5060 |
| Grohs, Monte and Mary Anne Grohs | 02-CV-5611 |
| Griffin, Billy and Billie Jean Griffin | 02-CV-6392 |
| Hilton, Darryl | 02-CV-5940 |
| Hillman, Ronald and Dolly Hillman | 02-CV-5046 |
| Hizon, Jose | 02-CV-5937 |
| Hodges, Jacob and Amanda C. Hodges | 02-CV-5608 |
| Hodnett, John | 02-CV-5938 |
| Hodson, Norma | 02-CV-5228 |
| Holt, Pat and Henry Holt | 02-CV-5584 |
| Bishop, Mary and Frank Bishop | 02-CV-4915 |
| Bingel, Franz | 02-CV-4898 |
| Evangelista, Michael | 02-CV-6212 |
| Evans, Anthony and Marilyn Evans | 02-CV-5096 |
| Ezer, Frances | 02-CV-6203 |
| Espinoza, Eligio and Henoveva Espinoza | 02-CV-5002 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Esteban, Manuel and Anita Esteban | : | 02-CV-5020 |
| Estrada, Rudy and Diana Estrada | : | 02-CV-5082 |
| Bishop, Maggie and Kenneth E. Bishop | : | 02-CV-4921 |
| Bigelow, Bernice | : | 02-CV-4954 |
| Evangelista, Ramon and Leticia Evangelista | : | 02-CV-5092 |
| Eynon, Janet and Charles Eynon | : | 02-CV-5006 |
| Erlewine, Iola | : | 02-CV-6070 |
| Estanislao, Joseph and Editha V. Estanislao | : | 02-CV-5000 |
| Estrada, Ramona | : | 02-CV-6197 |
| Heiser, Marvin and Eleanor Heiser | : | 02-CV-6426 |
| Hernandez, Nieto and Nelia Hernandez | : | 02-CV-5056 |
| Herrera, Raymond and Katherine Herrera | : | 02-CV-5578 |
| Herrera, Victor and Maria S. Herrera | : | 02-CV-5052 |
| Francis, Donald | : | 02-CV-5332 |
| Gilmore, Audrey and Tommy L. Gilmore | : | 02-CV-5042 |
| Gilmore, Betty and Reginald Gilmore | : | 02-CV-5031 |
| Gimeno, Julita and Ben Gimeno | : | 02-CV-5039 |
| Gomez, Florisa and Jose G. Gomez | : | 02-CV-5579 |
| Givens, Ronald and Kirsten Givens | : | 02-CV-5091 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Glover, Sharon | : | 02-CV-6063 |
| Goldstein, Rose | : | 02-CV-6064 |
| Gomez, Ricardo Sr. and Juanita Gomez | : | 02-CV-5029 |
| Gonzalez, Jose and Marina Gonzalez | : | 02-CV-6499 |
| Luttrell, Isabel | : | 02-CV-5696 |
| Lynch, Carolyn | : | 02-CV-5704 |
| Ignarro, Bridget and Louis G. Ignarro | : | 02-CV-5854 |
| Ingham, Mary and Larry Ingham | : | 02-CV-5853 |
| Berman, Bernard and Rose Berman | : | 02-CV-4918 |
| Berke, Alice | : | 02-CV-4947 |
| High, Lillian and Martin High | : | 02-CV-5057 |
| Hooper, Charles and Gayle Hooper | : | 02-CV-5796 |
| Lyle, Sylvester Sr. and Geneva Lyle | : | 02-CV-5478 |
| Ignacio, Isidro | : | 02-CV-5210 |
| Ilagan, Jeanette and Luisito H. Ilagan | : | 02-CV-6432 |
| Berman, Mort and Dorothy Berman | : | 02-CV-4916 |
| Berkman, Janice | : | 02-CV-4948 |
| Bergstrand, Harry | : | 02-CV-4788 |
| Hood, Katherine and Lawrence Hood | : | 02-CV-5603 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Heyman, Lisa | : | 02-CV-5970 |
| Franklin, James and Appie Franklin | : | 02-CV-5126 |
| Henry, Doris | : | 02-CV-5951 |
| Hensley, Sally | : | 02-CV-5977 |
| Hermann, Joyce and Daniel A. Hermann | : | 02-CV-5583 |
| Bobic, Margaret | : | 02-CV-4907 |
| Board, Sharon | : | 02-CV-4903 |
| Zachery, Mary | : | 02-CV-6006 |
| Fridye, Adam | : | 02-CV-6054 |
| Henning, Andrew and Marilyn Henning | : | 02-CV-5120 |
| Henry, Eliza | : | 02-CV-5997 |
| Henson, Charlie | : | 02-CV-5950 |
| Bockmiller, Frederic | : | 02-CV-4928 |
| Bobbitt-Moore, Evelyn and Robert Clark Moore | : | 02-CV-4845 |
| Bland, Paul and Yvonne Bland | : | 02-CV-4925 |
| Hicks, Ida | : | 02-CV-5943 |
| Heynar, Linda and George Heynar | : | 02-CV-5058 |
| Terrell, Loretta | : | 02-CV-6025 |
| Huett, Patricia and Carroll Williams | : | 02-CV-5935 |

15

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Huh, Dang and Soonae Huh | : | 02-CV-5291 |
| Hull, William and Barbara Hull | : | 02-CV-5825 |
| Hernandez, Eileen and Rene Hernandez | : | 02-CV-5598 |
| Eaton, Elise and Jay O. Eaton | : | 02-CV-6415 |
| Elder, Eva and Wiley Elder | : | 02-CV-6412 |
| Edler, Walter | : | 02-CV-6065 |
| Erickson, John and Lorna Erickson | : | 02-CV-4972 |
| Ernst, Donna | : | 02-CV-6062 |
| Esparza, Clementa | : | 02-CV-6042 |
| Innocenzi, Antonette | : | 02-CV-5995 |
| Isaac, Tom | : | 02-CV-6016 |
| Maguadog, Teresa and Anthony Maguadog | : | 02-CV-5658 |
| Maier, John and Katherine E. Maier | : | 02-CV-5650 |
| Makerian, Rafi and Annie Makerian | : | 02-CV-5657 |
| Malloy, Helene and Max Malloy | : | 02-CV-6481 |
| Mangin, Robert and Shirly M. Mangin | : | 02-CV-5627 |
| Manriquez, Roland | : | 02-CV-5693 |
| Mansoor, Edmond and Nabila Mansoor | : | 02-CV-5646 |
| Marasigan, Ramy and Emily Marasigan | : | 02-CV-6478 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Maratukulam, Dominic and Lizzie Maratukulam | : | 02-CV-5633 |
| Marciniak, Martin | : | 02-CV-5718 |
| Marez, Emma | : | 02-CV-5694 |
| Holtbrook, Theresa | : | 02-CV-5234 |
| Honea, Ira and Norma Honea | : | 02-CV-5575 |
| Lynch, Eleanor and Loyd Lynch | : | 02-CV-5284 |
| Hays, Carol and Arthur Hays | : | 02-CV-6622 |
| Hoppe, Conrad and Edna Hoppe | : | 02-CV-5862 |
| Horalek, Christine | : | 02-CV-5991 |
| Howard, Edward and Iris Howard | : | 02-CV-5846 |
| Howard, Richard and Dorothy Howard | : | 02-CV-5255 |
| Howell, Arturo and Martha Howell | : | 02-CV-5855 |
| Hubbard, Linda | : | 02-CV-6480 |
| Huckabay, Anita and Frank Huckabay | : | 02-CV-5290 |
| Huerta, Jorge | : | 02-CV-6041 |
| Henderson, Rosemary | : | 02-CV-5994 |
| Hill, Aileen and William C. Hill | : | 02-CV-5069 |
| Hoffman, Patricia and Harold Hoffman | : | 02-CV-5134 |
| Holgado, Agripina and Leonard Holgado | : | 02-CV-5589 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Holland, Spencer and Betty Holland | : | 02-CV-5585 |
| Hollowfield, Juanita | : | 02-CV-6034 |

## STIPULATION TO EXTEND TIME

The undersigned parties, through their respective counsel, hereby stipulate and agree that the time in which Defendant Bayer Corporation ("Bayer") may answer the Complaint is extended until December 13, 2002.  Defendant Bayer agrees not to assert an insufficiency of process defense in its Answer.

This is the first extension of time granted to Defendant Bayer and does not exceed thirty (30) days.

| **WEITZ & LUXENBERG, P.C.** | **ECKERT SEAMANS CHERIN & MELLOTT, LLC** |
|---|---|
| By:_____<br>Jerry Kristal, Esquire<br>PA Bar I.D. No. 38332<br>Franklin P. Solomon, Esquire<br>PA Bar I.D. No. 74231<br>51 Haddonfield Road, Suite 160<br>Cherry Hill, NJ  08002<br>**(Attorneys for Plaintiff)** | By:_____<br>Albert G. Bixler, Esquire<br>PA Bar I.D. No. 45639<br>1515 Market Street, Ninth Floor<br>Philadelphia, PA  19102<br>**(Attorney for Defendant Bayer Corporation)** |
| Dated:_____ | Dated:_____ |

**APPROVED:**

_____
**J.**

*M0380666.DOC*